UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCHUYLKILL STONE CORP n/k/a ENVIRONMENTAL MATERIALS, LLC: <br><br> Plaintiffs, <br><br> vs. <br><br> STATE AUTO INSURANCE COMPANY, <br><br> Defendants. | Civil Action No. _____ |

## CERTIFICATE OF SERVICE

I, Michael R. Fox, Esquire, hereby certify that a true and correct copy of the Notice of Removal of Action was served on November 13, 2009, upon counsel listed below by United States Mail, postage prepaid.

Peter A. Gaudioso
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075

**NELSON LEVINE de LUCA & HORST, LLC**

BY: ____s/ Michael R. Fox____
**MICHAEL R. FOX**
518 Township Line Road, Suite 300
Blue Bell, PA 19422
(215) 358-5100; (215) 358-5101 (fax)
mfox@nldhlaw.com

*ATTORNEYS FOR DEFENDANT*
*STATE AUTOMOBILE MUTUAL*
*INSURANCE COMPANY*